**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

ALEXANDER ACKEL                                       CIVIL ACTION

VERSUS                                                        NO. 21-542

KAYLA LAWRENCE MARTYNENKO                SECTION: L (2)

<u>J U D G M E N T ON JURY VERDICT</u>

        This action was tried by a jury with Judge Eldon E. Fallon presiding.  On April 25, 2023,

the jury returned a verdict in favor of the plaintiff and against the defendant, and found that the

defendant, Kayla Lawrence Martynenko, with a knowing or intentional state of mind,

(1)intentionally accessed without authorization e-mail stored on an electronic communication service

provider's systems after it has been delivered, or (2) intentionally exceeded an authorization to access

e-mail stored on an electronic communication service provider's systems after it has been delivered,

and thereby obtained, altered, or prevented authorized access to a wire or electronic communication

while it is in electronic storage in such system, and that Alexander Ackel was damaged by the

defendant's conduct.  The jury also found that Kayla Lawrence Martynenko made a highly offensive

intrusion onto a matter that Alexander Ackel had a legitimate expectation of privacy, that Alexander

Ackel suffered damages, and that he is entitled to be compensated for those damages. The Court

adopted the jury's verdict as its own judgment, accordingly;

        **IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of

Plaintiff Alexander Ackel, and against Defendant Kayla Lawrence Martynenko, in the amount of

Seven Thousand Five Hundred and 00/100 ($7,500.00) dollars for other economic loss, One

Thousand Five Hundred and 00/100 ($1,500.00) dollars for mental anguish and Ten Thousand

and 00/100 ($10,000.00) dollars in punitive damages, for a total award of Nineteen Thousand

and 00/100 ($19,000.00) dollars, with defendant to bear all costs.

New Orleans, Louisiana, this __27th__ day of April, 2023.

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**